# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**591**
**KA 12-00357**

PRESENT: SMITH, J.P., FAHEY, CARNI, VALENTINO, AND WHALEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                    ORDER

ROBERT C. STROLLO, ALSO KNOWN AS ROBERT STROLLO,
DEFENDANT-APPELLANT.

---

E. ROBERT FUSSELL, P.C., LEROY (E. ROBERT FUSSELL OF COUNSEL), FOR
DEFENDANT-APPELLANT.

LAWRENCE FRIEDMAN, DISTRICT ATTORNEY, BATAVIA (WILLIAM G. ZICKL OF
COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered January 11, 2012.  The judgment convicted defendant, upon his plea of guilty, of failure to register a change of address.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

Entered:  June 7, 2013                               Frances E. Cafarell
                                                     Clerk of the Court